**FILED**
CLERK, U.S. DISTRICT COURT

APR 16 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY BOYLAN,<br><br>    Defendant. | CR No. **5:24-CR-00098-WLH**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2242(3), 7(3):<br>Sexual Abuse Without Consent;<br>18 U.S.C. §§ 2244(b), 7(3):<br>Abusive Sexual Contact] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2242(3), 7(3)]

On or about July 31, 2020, within the special maritime and territorial jurisdiction of the United States, namely, the United States Army Fort Irwin National Training Center in San Bernardino County, within the Central District of California, defendant KELLY BOYLAN knowingly engaged in a sexual act with Victim M.H., as defined in Title 18, United States Code, Section 2246(2)(A), without Victim M.H.'s consent, by attempting to insert, and by inserting, defendant BOYLAN's penis into Victim M.H.'s vagina.

COUNT TWO

[18 U.S.C. §§ 2244(b), 7(3)]

On or about July 31, 2020, within the special maritime and territorial jurisdiction of the United States, namely, the United States Army Fort Irwin National Training Center in San Bernardino County, within the Central District of California, defendant KELLY BOYLAN knowingly engaged in sexual contact with Victim M.H., as defined in Title 18, United States Code, Section 2246(3), without Victim M.H.'s permission, by intentionally touching, through direct contact, Victim M.H.'s genitalia and groin, with the intent to abuse, humiliate, harass, degrade, and to arouse and gratify defendant BOYLAN's sexual desire.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

LISA J. LINDHORST
Assistant United States Attorney
General Crimes Section